UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

CHAUNCY WESTWOOD,

                                  Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                 Defendants.

------------------------------------------------------------------ X

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-1513 (RJS)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/17

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Oct. 25 , 2017

THE LAW OFFICES OF MICHAEL LAMONSOFF
*Attorneys for Plaintiff*
32 Old Slip, 8th Floor
New York, NY 10005

By: _____
    Jessica Massimi
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Peter W. Brocker
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: 10/27 , 2017

2